## SHERRY BROD ET AL. *v.* CENTRAL BRIDGEPORT DEVELOPMENT CORPORATION ET AL.
### (14759)

Foti, Lavery and Schaller, Js.

Argued January 13—officially released January 28, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ANTHONY OLIPHANT
### (14932)

Dupont, C. J., and Landau and Schaller, Js.

Argued January 16—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

## CONFEY V. MALDONADO *v.* CITY OF BRIDGEPORT
### (15196)

Lavery, Heiman and Hennessy, Js.

Argued January 21—officially released February 11, 1997

Per Curiam. The judgment is affirmed.